WING v. TRUST CO.

No. 31 PC.

No. 37 (Fall Term).

Case below: 44 N.C. App. 402.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 3 June 1980.

PETITIONS TO REHEAR

BELL v. MARTIN

No. 62.

Reported: 299 N.C. 715.

Petition by plaintiff to rehear denied 3 June 1980.

MANSFIELD v. ANDERSON and RAILWAY CO. v. ANDERSON

No. 13.

Reported: 299 N.C. 662.

Petition by Railway Co. to rehear denied 3 June 1980.

MacDONALD v. UNIVERSITY OF NORTH CAROLINA

No. 36.

Reported: 299 N.C. 457.

Petition by plaintiff to rehear denied 3 June 1980.